# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Eric Alexander Brown ) | Case No: 3:98CR311-02 |
| ) | USM No: 13964-058 |
| Date of Previous Judgment: 09/27/2000 ) | Christopher C. Fialko |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  60  months **is reduced to**  49 months (Ct. One) .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 33        Amended Offense Level: 31
Criminal History Category: III    Criminal History Category: III
Previous Guideline Range: 168 to 210 months    Amended Guideline Range: 135 to 168 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

**III. ADDITIONAL COMMENTS**
    **The defendant is also serving a consecutive sentence in Count Two on a conviction of 18 § U.S.C. 924(c).

Except as provided above, all provisions of the judgment dated  09/27/2000  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 2, 2008

Effective Date: _____
        (if different from order date)

*Graham C. Mullen*
Graham C. Mullen
United States District Judge