**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:98-CR-311-2-GCM**

| | | |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ERIC A. BROWN,** | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the court upon the Defendant's Motion to Terminate Supervised Release, filed on April 5, 2010. Based upon the recommendation of Defendant's Probation Officer, the Court hereby orders the Defendant's supervised release terminated effective immediately.

IT IS THEREFORE ORDERED that Defendant's motion is hereby GRANTED.

Signed: April 26, 2010

Graham C. Mullen
United States District Judge